**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1584**

RICHARD GRANT, SR.,

               Plaintiff - Appellant,

       v.

ISEC, INCORPORATED; DONALD FILINKS, Jointly and severally in
his official capacity as Foreman or Superintendant; MICHAEL
SAFECHUCK, Jointly and severally in his official capacity as
Foreman or Superintendant, GABE SHERMAN, Jointly and
severally in his official capacity as Foreman or
Superintendant, RICHARD SPRINGER, Jointly and severally in
his official capacity as Director of Human Resources,
MICHAEL HANNEKE, Jointly and severally in his official
capacity as Foreman or Superintendant; JAMES MCALLISTER,
Jointly and severally in his official capacity as Vice-
President of Eastern Operations; JEFFREY MORROW, Jointly and
severally in his official capacity as Installation Manager;
LOUIS DANIELS, Jointly and severally in his official
capacity as Foreman or Superintendant,

               Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:08-cv-02791-RDB)

Submitted:  September 28, 2010     Decided:  September 30, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard Grant, Sr., Appellant Pro Se.  Melissa Hammock, Bruce Stephen Harrison, SHAWE & ROSENTHAL, LLP, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Grant, Sr., appeals the district court's order granting summary judgment in favor of ISEC, Inc. on his employment discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Grant v. ISEC, Inc., No. 1:08-cv-02791-RDB (D. Md. Apr. 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED